## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KIMBERLY HORTON | CIVIL ACTION |
| VERSUS | |
| G4S SECURE SOLUTIONS (USA), INC., AND JOHN DOES 1-20 | 16-544-SDD-EWD |

## **JUDGMENT**

For the written reasons assigned,

*Judgment* is hereby entered in favor of Defendant, G4S Secure Solutions (USA), Inc., and against Plaintiff, Kimberly Horton.

Signed in Baton Rouge, Louisiana on <u>May 1, 2018</u>.

                                                  *Shelly D. Dick*

**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**